UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------x
METLIFE BANK, N.A.

        Plaintiff,

v.

RADIAN GUARANTY, INC.,

        Defendant.
------------------------------------------------------------------x

Case No.: 14-cv-4840 (ES) (MAH)

CLOSED

### STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and without costs to any party. The parties have reached a settlement outside of court proceedings and believe the settlement is in the best interests of all parties involved in this action.

Dated: New York, New York
       January 13, 2015

**d'Arcambal Ousley & Cuyler Burk LLP**

By: /s/ Zalika T. Pierre
Zalika T. Pierre, Esq.

40 Fulton Street, Suite 1005
New York, New York 10038
Tel. (212) 971-3175
*Attorneys for Plaintiff MetLife Bank, N.A.*

**Schnader Harrison Segal & Lewis LLP**

By: /s/ David Smith
David Smith, Esq.

1600 Market Street, Suite 3600
Philadelphia, PA 19103
Tel. (215) 751-2190
*Attorneys for Defendant Radian Guaranty Inc.*

So Ordered
[signature], U.S.D.J.
1/21/15